UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DARRYL A. CARTER,

Plaintiff,

v.

J.L. NORWOOD,

Defendant.

CASE NO. CV 09-5298-VBF (PJW)

ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. The Court has also reviewed *de novo* those portions of the Report to which Petitioner has filed objections. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: 8-10-10.

Valerie Baker Fairbank

VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~8995966.wpd