```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| DARRYL A. CARTER, | ) | CASE NO. CV 09-5298-VBF(PJW) |
|            Petitioner, | ) | |
| | ) | J U D G M E N T |
|      v. | ) | |
| J.L. NORWOOD, | ) | |
|            Respondent. | ) | |

For the reasons set forth in the Order filed this date, it is hereby adjudged and decreed that the Petition is denied and the action is dismissed with prejudice.

DATED:     8-10-10    .

*Valerie Baker Fairbank*

VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~7209353.wpd